UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 3:26-cr-51

vs.

DAVID COHORN, *et al.*,

District Judge Michael J. Newman

Defendants.

---

**SCHEDULING ORDER**

---

This criminal case is before the Court following Defendants' indictment on June 9, 2026 and arraignments on June 16, 2026. The parties have filed a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **September 18, 2026.**[1] Doc. No. 31. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Motion filing deadline: | **August 21, 2026** |
| Status report deadline: | **August 24, 2026** |
| Final pre-trial conference: | **August 31, 2026 at 9:30 AM** |
| Jury trial: | **September 8, 2026 at 9:30 AM** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

August 7, 2026

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.